# IN THE SUPREME COURT OF THE STATE OF NEVADA

MIKE ESTRADA,
                          Appellant,

vs.

THE STATE OF NEVADA,
                          Respondent.

No. 71498

**FILED**

JAN 1 8 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

On October 7, 2016, appellant filed a notice of appeal. No appealable order was designated in the notice of appeal. Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Parraguirre                          Stiglich

cc:   Hon. Richard Scotti, District Judge
      Mike Estrada
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk
      Clark County Public Defender

SUPREME COURT
OF
NEVADA

(O) 1947A

17-01852